IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Darcas, Bessie

Printed: 4/1/08

Case Number: 06 B 13472
Judge: Goldgar, A. Benjamin
Filed: 10/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:    January 23, 2008
Confirmed:    December 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                  | Receipts | Disbursements |
|------------------|---------:|--------------:|
|                  | 3,200.00 |               |
| Secured:         |          |          0.00 |
| Unsecured:       |          |      2,468.46 |
| Priority:        |          |          0.00 |
| Administrative:  |          |        500.00 |
| Trustee Fee:     |          |        159.48 |
| Other Funds:     |          |         72.06 |
| Totals:          | 3,200.00 |      3,200.00 |

## DISBURSEMENT DETAIL

|     | Creditor Name              | Type           | Repayment | Paid to Date    |
|-----|----------------------------|----------------|----------:|----------------:|
| 1.  | Macey & Aleman             | Administrative |    500.00 |          500.00 |
| 2.  | Capital One                | Unsecured      |    305.52 |           34.02 |
| 3.  | Resurgent Capital Services | Unsecured      |    366.12 |           40.76 |
| 4.  | Carson Pirie Scott & Co    | Unsecured      |    307.73 |           34.26 |
| 5.  | Charming Shoppes-Fashion Bug | Unsecured    |    100.09 |            0.00 |
| 6.  | Discover Financial Services | Unsecured     |  4,217.19 |          551.84 |
| 7.  | Kohl's/Kohl's Dept Stores  | Unsecured      |    317.38 |           35.34 |
| 8.  | Resurgent Capital Services | Unsecured      |    617.47 |           80.79 |
| 9.  | Target National Bank       | Unsecured      |    478.29 |           62.59 |
| 10. | Resurgent Capital Services | Unsecured      |  4,359.50 |          570.44 |
| 11. | World Financial Network Nat'l | Unsecured   |    375.30 |           41.79 |
| 12. | B-Line LLC                 | Unsecured      |  1,960.22 |          256.49 |
| 13. | Resurgent Capital Services | Unsecured      |    456.69 |           59.76 |
| 14. | ECast Settlement Corp      | Unsecured      |    201.80 |           18.53 |
| 15. | ECast Settlement Corp      | Unsecured      |    317.99 |           35.40 |
| 16. | ECast Settlement Corp      | Unsecured      |    609.99 |           79.83 |
| 17. | ECast Settlement Corp      | Unsecured      |    213.21 |           19.56 |
| 18. | B-Real LLC                 | Unsecured      |  2,943.17 |          385.12 |
| 19. | B-Real LLC                 | Unsecured      |  1,237.59 |          161.94 |
| 20. | Internal Revenue Service   | Priority       |           |   No Claim Filed |
| 21. | Bank One                   | Unsecured      |           |   No Claim Filed |
| 22. | Bank Of America            | Unsecured      |           |   No Claim Filed |
| 23. | Bank One                   | Unsecured      |           |   No Claim Filed |
| 24. | AARP                       | Unsecured      |           |   No Claim Filed |
| 25. | Citibank                   | Unsecured      |           |   No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Darcas, Bessie

Printed:  4/1/08

Case Number:  06 B 13472
Judge:  Goldgar, A. Benjamin
Filed:  10/20/06

| | | | | |
|---|---|---|---|---|
| 26. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 27. | Exxon Mobil | Unsecured | | No Claim Filed |
| 28. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 29. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 30. | Sam's Club | Unsecured | | No Claim Filed |
| 31. | Blair | Unsecured | | No Claim Filed |
| 32. | Sam's Club | Unsecured | | No Claim Filed |

$ 19,885.25           $ 2,968.46

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 75.41 |
| 5.4% | 84.07 |

$ 159.48

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_